**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Bishara D. Braziel and Lamont George as Co-Personal Representatives of the Estate of D.S.G., a minor, | Civil Action No. 2:17-cv-03244-DCN |
| Plaintiffs, | **Plaintiffs' Proposed Voir Dire** |
| vs. | |
| NOVO Development Corporation d/b/a and a/k/a NOVO Properties, | |
| Defendant. | |

1.     Does any potential juror or your family member or close friend live at or ever lived at South Pointe Apartments in Hanahan, South Carolina?

2.     Does any potential juror or your family member or close friend own a home or previously owned a home with a swimming pool?

       If so, would such circumstances make you inclined to favor one side over the other in this lawsuit?

3.     Does any potential juror or your family member or close friend live in a neighborhood, community, or apartment complex or previously lived in a neighborhood, community, or apartment complex with a swimming pool?

       If so, would such circumstances make you inclined to favor one side over the other in this lawsuit?

4.     Does any potential jury or your family member or close friend own, operate, or manage a swimming pool or previously owned, operated, or managed a swimming pool?

If so, would such circumstances make you inclined to favor one side over the other in this lawsuit.?

5. Has any potential juror had a family member or close friend die from drowning or be injured from a near drowning incident?

6. The Defendant in the lawsuit is NOVO Development Corporation d/b/a and a/k/a NOVO Properties.  Is any potential juror or your family member or close friend currently employed by or ever been employed by this corporation?

If so, in what capacity?

7. Is any potential juror or your family member or close friend a Certified Pool Operator (CPO) or ever been a Certified Pool Operator (CPO)?

8. Is any potential juror or your family member or close friend employed by or ever been employed by a pool company?

If so, in what capacity?

9. Is any potential juror or your family member or close friend employed by or ever been employed by South Carolina DHEC (Department of Health and Environmental Control)?

If so, in what capacity?

10. The following persons may testify in this lawsuit – please inform the Court if you know any of these potential witnesses:

    a. Bishara Braziel

    b. Lamont George

    c. Cornelius Brown

    d. Brett Summers

    e. Pat Marr

f.    Luke Abel

g.    Ladawnya Braziel

h.    Kala Braziel

i.    Officer Ryan Burke

j.    Sgt. Travis Dodd

k.    Patrol Officer J. Teston

l.    Patrol Officer Callahan

m.    Patrol Officer W. Scott

n.    Lieutenant Cassandra Brooks

o.    Officer Pamela Diane Garlock

p.    Chief Dennis Turner

q.    Detective Sergeant Nelson

r.    Detective Flor Ramon Reyes

s.    Detective Ralph Clifton Driggers

t.    Corporal John Gombar

u.    Virginia L. Fowler

v.    Stanly Wojtalewicz

w.    Evan Seeley

x.    Michael Bargeron

y.    Dr. Bradley Marcus

z.    Alan Campbell

aa.    Dr. Deryn Strange

  bb. Sonya Cox a/k/a Sonya Wilson

  cc. Chad Daley

  dd. Philippine Rasonarina

  ee. Laura Silva

  ff. Arielle Mills

  gg. Britney Smalls

  hh. Katrina Hernandez

  ii. John McNellage

  jj. Kianna Mills

  kk. Lakisha V. Brown Crawford

  ll. Richard W. Watts

11. Does any potential juror have any feelings based on personal, philosophical, or religious beliefs which might make you unable to render a fair verdict in this case or might make you favor one side over the other in the case?

**JOYE LAW FIRM, L.L.P.**

s/Christopher J. McCool
Christopher J. McCool (Fed. ID: 5747)
Post Office Box 62888
5861 Rivers Avenue (29406)
North Charleston, SC 29419-2888
Office: (843) 554-3100
Facsimile: (843) 529-9180
cmccool@joyelawfirm.com
*Attorney for Plaintiffs*

4

        **Yarborough Applegate LLC**

        s/David B. Yarborough, Jr.
        David B. Yarborough, Jr., Federal ID 7336
        David B. Lail, Federal ID 11228
        Christopher J. Bryant, Federal ID 12538
        291 East Bay Street, Floor 2
        Charleston, SC 29401
        843-972-0150 office
        843-277-6691 fax
        david@yarboroughapplegate.com
        douglas@yarboroughapplegate.com
        chris@yarboroughapplegate.com
        *Attorneys for Plaintiffs*

North Charleston, South Carolina
June 11, 2019.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served on the Court and all counsel of Record in compliance with the Federal Rules of Civil Procedure this 11th day of June, 2019.

        s/Christopher J. McCool